COMMERCE BANK OF ST. LOUIS, N.A., Plaintiff/Respondent,

v.

ECOSSE, INC., et al., Defendants/Appellants.

No. 65476.

Missouri Court of Appeals, Eastern District, Division One.

Aug. 30, 1994.

David L. Campbell, St. Louis, for appellant.

Michael A. Becker, Clayton, for respondent.

Before REINHARD, P.J., and GARY M. GAERTNER and CRAHAN, JJ.

*ORDER*

PER CURIAM.

Appellants, Ecosse, Inc., et. al., appeal from the grant of summary judgment entered by the Circuit Court of St. Louis County in favor of respondent, Commerce Bank of St. Louis, on a guarantee of a corporate promissory note. We affirm.

We have reviewed the briefs of the parties and the legal file and find the findings of the Circuit Court not a palpable abuse of its discretion. As we further find an extended opinion would have no precedential value, we affirm the Circuit Court's decision pursuant to Rule 84.16(b). A memorandum, solely for the use of the parties here involved, has been provided explaining the reasons for our decision.

Connie GOLLAHER, Claimant/Appellant,

v.

NORRELL HEALTH CARE, Employer/Respondent.

No. 65865.

Missouri Court of Appeals, Eastern District, Division One.

Aug. 30, 1994.

James E. Lownsdale, Brandenburg, Kaveney & Lownsdale, St. Louis, for appellant.

Stephen G. Kaludis, St. Louis, for respondent.

Before Reinhard, P.J., and GARY M. GAERTNER and Crahan, JJ.

*ORDER*

PER CURIAM.

Claimant appeals the Labor and Industrial Relations Commission's (Commission) denial of her claim for permanent partial disability benefits. We affirm. The Commission's order denying compensation is supported by substantial and competent evidence on the whole record. An extended opinion would have no precedential value. The parties have been furnished with a memorandum for their information only, setting forth the reasons for this order affirming the judgment pursuant to Rule 84.16(b).